LESSINGER, Respondent, v. HERSHBERG et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Louis Lessinger against Isaac Hershberg and another. No opinion. Judgment affirmed, with costs.

LIEBLER et al., Respondents, v. SHUBERT, Appellant. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Theodore A. Liebler and another against Lee Shubert. B. N. Cardozo, of New York City, for appellant. D. Gerber, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LIVINGSTON, Respondent, v. FOX, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Walter Livingston, an infant, etc., against John A. Fox. No opinion. Judgment and order unanimously affirmed, with costs.

LOCKWOOD v. WIGHTMAN et al. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Annie L. Lockwood against Hester C. Wightman and others. No opinion. Motions denied, without costs. See, also, 136 N. Y. Supp. 1140.

In re LONG. (Supreme Court, Appellate Division, Second Department. September 16, 1912.) Petition of James L. Long to review the action of the Senatorial District Committee of the Democratic party for the First Senatorial District of the State of New York. Henry P. Keith, as chairman, etc., and Thomas H. O'Keefe, appeal. No opinion. Order affirmed, without costs. Motion for stay denied, and temporary stay vacated.

LONGWORTH, Respondent, v. EAST RIVER NAT. BANK, Appellant. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Irving T. Longworth against the East River National Bank. E. O. Anderson, for appellant. R. H. Griffin, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to answer on payment of costs. Order filed.

LOSSING, Appellant, v. CUSHMAN, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Thomas S. Lossing against Joseph W. Cushman. No opinion. Judgment unanimously affirmed, with costs.

LOVE v. DELAWARE, L. & W. R. CO. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by James M. Love, as administrator, etc., against the Delaware, Lackawanna & Western Railroad Company.
PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs.
KRUSE, J., dissents.

LUNDBERG, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Carl E. Lundberg against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re LUNDY. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) In the matter of the application of George M. Lundy for the removal of Peter C. Foley as Mayor of the City of Olean.
PER CURIAM. Proceedings dismissed, with costs. Held, that this court has no jurisdiction to entertain the proceedings, because the mayor of the city of Olean is not a town officer within the meaning of the charter.

LUTKINS v. LUTKINS. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Mary Lutkins against Theodore L. Lutkins, Jr. No opinion. Motion denied, without costs. See, also, 136 N. Y. Supp. 1140.

LYON, Respondent, v. BAILEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by James W. Lyon against Halcyon G. Bailey and others, impleaded with Walter Lyon and others. (Appeal No. 1.) No opinion. Appeal (from 130 N. Y. Supp. 815) withdrawn on consent, without costs.

LYON, Respondent, v. BAILEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by James W. Lyon, as administrator, etc., of Lavina M. Hooper, deceased, against Tamar L. Bailey and others, impleaded, etc. (Appeal No. 2.) No opinion. Appeal (from 130 N. Y. Supp. 815) withdrawn on consent, without costs.

McCANN v. HAMILTON TRUST CO. et al. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Richard McCann against the Hamilton Trust Company and others. No opinion. Appeal dismissed, without costs.

McCARTHY, Appellant, v. TURNER et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by James McCarthy against Solon E. Turner and another. No opinion. Judgment and order unanimously affirmed, with costs.

McCLARTY v. GIROUX. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Clint McClarty against Eugene L. Giroux. No opinion. Motion granted, with $10 costs. Order filed. See, also, 145 App. Div. 923, 130 N. Y. Supp. 1118.

In re McDONALD. (Supreme Court, Appellate Division, First Department. October 18,

1912.) In the matter of John J. McDonald. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 137 N. Y. Supp. 1128.

In re McDONALD. (Supreme Court, Appellate Division, First Department. October 18, 1912.) In the matter of John J. McDonald. No opinion. Motion denied, with $10 costs. Order filed. See, also, 137 N. Y. Supp. 1128.

McFADDEN, Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Harry J. McFadden against the City of New York and the Midwood Construction Company. No opinion. Judgment and order unanimously affirmed, with costs.

McGRAW, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Margaret McGraw against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

McINTYRE, Respondent, v. MASON–SEA-MAN TRANSP. CO:, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Patrick J. McIntyre against the Mason-Seaman Transportation Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce the recovery of damages to the sum of $6,000, in which event the judgment, as modified, and the order denying motion for a new trial, are unanimously affirmed, without costs of this appeal.

McKIERNAN, Respondent, v. NEW YORK, S. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by John McKiernan against the New York, Susquehanna & Western Railroad Company. No opinion. Judgment and order unanimously affirmed with costs.

McKIERNAN, Respondent, v. NEW YORK, S. & W. R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by John McKiernan against the New York, Susquehanna & Western Railroad Company. No opinion. Motions for reargument (of 137 N. Y. Supp. 1128) and for leave to appeal to the Court of Appeals denied, without costs.

McLEAN, Appellant, v. GARDNER, Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Thomas O. McLean, as administrator, against Ernestine C. Gardner. J. O'Connell, of New York City, for appellant. J. H. Kohan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McMAHON, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Thomas McMahon against Walter Miller, as executor, etc., and others. No opinion. Order affirmed, with $10 costs and disbursements.

McNAMARA, Appellant, v. STARKWEATHER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by A. Miles McNamara against Rufus G. Starkweather. No opinion. Order affirmed, with $10 costs and disbursements.

McQUILLAN v. McQUILLAN et al. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Margaret McQuillan against Jane McQuillan and others. No opinion. Order (134 N. Y. Supp. 893) affirmed, with $10 costs and disbursements.

McWHARF, Respondent, v. ROCHESTER TAXICAB CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by Irving McWharf against the Rochester Taxicab Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., not sitting.

MADDEN, Respondent, v. PITTSBURG CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Joseph Madden against the Pittsburg Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs.

MALTZ et al., Respondents, v. WESTCHESTER COUNTY BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Adolph Maltz and Marie Maltz against the Westchester County Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re MANTON. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) In the matter of the application of Michael J. Manton for an order continuing a mechanic's lien. No opinion. Motion granted, without costs. See, also, 136 N. Y. Supp. 597.

MARINO, Appellant, v. RUNKEL BROS., Respondents. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Giuseppa Marino, as administratrix, against Runkel Bros. R. Maggio, of New York City, for appellant. Edward P. Mowton, of New York City, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 135 N. Y. Supp. 1126.

LAUGHLIN, J., dissents.